UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JEROME WEBB, for himself and on behalf of those similarly situated,

   Plaintiff,     CASE NO.: 0:18-CV-60177-WPD

vs.

RMS PROPERTIES, INC., a Foreign Profit Corporation, a/k/a RMS PROPERTIES OF ILLINOIS, INC., and ROSHAN SHOFFET, a/k/a RON SHOFFET, Individually,

   Defendants.
_____/

## ORDER APPROVING JOINT MOTION FOR ENLARGEMENT OF DEADLINES

THIS CAUSE is before the Court on the Joint Motion for Enlargement of Deadlines [DE 94] (the "Motion"), filed herein on April 30, 2019.

**IT IS HEREBY ORDERED** that the Joint Motion for Enlargement of Deadlines is hereby **GRANTED**, and the Deadlines are hereby extended as follows:[1]

| Deadline | Date |
|---|---|
| Discovery Deadline | November 6, 2019 |
| Substantive Pretrial Motions | December 6, 2019 |
| Daubert Motions | 60 days before calendar call |
| Mediation Cutoff | 60 days before calendar call |
| Mandatory Pretrial Stipulation | February 14, 2020 |
| Motions in Limine | February 14, 2020 |
| Responses to Motions in Limine | February 21, 2020 |

---

[1] The parties are free to agree upon other deadlines as long as they are not contradicted by the Court's Scheduling Order [DE 20] or this Order.

| | |
|---|---|
| Jury Instructions or Proposed Findings & Conclusions | February 21, 2020 |
| Voir Dire Questions | Calendar call |
| Exhibit List for Court | First day of Trial (impeachment excepted) |
| Witness List for Court | First day of Trial (impeachment excepted) |

Trial Term commencing **March 2, 2020**. Calendar call **February 28, 2020.**

**DONE AND ORDERED** this 1st day of May, 2019, in Chambers in Ft. Lauderdale, Florida.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All counsel of record